# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TIRED OF MINING, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-01467-MHC |
| SCOTT GANN; JASON B. ADKINS; and IRON CITY, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

## PLAINTIFF'S RESPONSE TO THE APRIL 8, 2020 ORDER TO SHOW CAUSE

Plaintiff Tired of Mining, LLC ("Plaintiff" or "Tired of Mining"), by and through its undersigned counsel, states as follows in response to the Court's April 8, 2020 Order to Show Cause:

Plaintiff respectfully requests permission for leave to amend its Complaint and, if leave is granted, will plead as follows thereby establishing diversity of citizenship between the parties:

- Plaintiff is a duly authorized Nevada limited liability company. Addison Thom, its sole member, is an individual domiciled in Illinois.

- Defendant Scott Gann ("Gann") is an individual domiciled in Texas.

- Defendant Jason Adkins ("Adkins") is an individual domiciled in Ohio.

- Defendant Iron City, LLC ("Iron City") is a Delaware limited liability company with its principal place of business at 885 Sternberger Road, Jackson, Ohio 45640.  Jason B. Adkins, its sole member, is an individual domiciled in Ohio.

Respectfully submitted this 22nd day of April, 2020.

                      **THE LAW OFFICE OF CRAIG KUGLAR, LLC**

                      /s/ Craig H. Kuglar
                CRAIG H. KUGLAR, ESQ.
                Georgia State Bar No. 429968

                The Law Office of Craig Kuglar, LLC
                931 Monroe Drive NE, Suite A102-353
                Atlanta, Georgia  30308
                TEL (404) 432-4448
                FAX (404) 393-8007

                *ATTORNEY FOR PLAINTIFF*

## L.R. 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

**THE LAW OFFICE OF CRAIG KUGLAR, LLC**

_____/s/ Craig H. Kuglar_____
CRAIG H. KUGLAR, ESQ.
Georgia State Bar No. 429968

The Law Office of Craig Kuglar, LLC
931 Monroe Drive NE, Suite A102-353
Atlanta, Georgia  30308
TEL (404) 432-4448
FAX (404) 393-8007

*ATTORNEY FOR PLAINTIFF*