IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **TIRED OF MINING, LLC** <br> Plaintiff/Petitioner <br> vs. <br> **SCOTT GANN, ET AL** <br> Defendant/Respondent | Cause No.:  **1:20-CV-1467** <br> Hearing Date: <br><br> DECLARATION OF SERVICE OF: <br> **SUMMONS; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the _____ day of _____, 20___ at _____ o'clock ___M.

On the date and time of _____ at the address of **46226 National Road, Saint Clairsville, Belmont County, OH 43950**, the undersigned served the above described documents upon: **Iron City, LLC c/o Jason B. Adkins, MANAGING MEMBER**

☐ **Corporate Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

_____
*Name and Title of Person Receiving Documents*

_____
*Physical description*

**COMMENTS**  *See Attached*

DATED this _____ day of _____ 20 _____.

_____
*Process Server Name*   *Reg. State, County and ID#*   *Signature*

**ORIGINAL PROOF OF SERVICE**


ABC Legal Services, Inc
633 YESLER WAY
SEATTLE, WA 98104

Page 1 of 1

Ref #: TOM
Tracking #: 0053806830



*[Stamp: 2020 JUN 15 AM 10:16 BELMONT COUNTY SHERIFF'S OFFICE REC'D]*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-1467

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason B. Adkins
was received by me on *(date)* June 15, 2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Heather - Secretary
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 10.00 for travel and $ _____ for services, for a total of $ 10.00 (pd)
check #
115 2011

I declare under penalty of perjury that this information is true.

Date: 06-15-20

Deputy P. Carpenter
Server's signature

Deputy P. Carpenter
Printed name and title

68137 Hammond Rd. St. Clairsville, OH 43950
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **TIRED OF MINING, LLC** <br> Plaintiff/Petitioner | Cause No.: | **1:20-CV-1467** |
| | Hearing Date: | |
| vs. | | |
| **SCOTT GANN, ET AL** <br> Defendant/Respondent | DECLARATION OF NON-SERVICE OF: <br> **SUMMONS; COMPLAINT** | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the _____ day of _____, 20___ at _____ o'clock __M.

On the date and time of _____ at the address of **46226 National Road, Saint Clairsville, Belmont County, OH 43950**, the undersigned attempted to serve the above described documents upon:

**Iron City, LLC c/o Jason B. Adkins, MANAGING MEMBER**

The undersigned diligently searched the local area described as:
_____
*Cities and/or Counties Searched*
for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

| Date | Time | Address | Remarks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**COMMENTS**
_____
_____

DATED this _____ day of _____ 20 _____.

_____
*Process Server Name*        *Reg. State, County and ID#*        *Signature*

**ORIGINAL PROOF OF NON SERVICE**


ABC Legal Services, Inc
633 YESLER WAY
SEATTLE, WA 98104

Page 1 of 1

Ref #: TOM
Tracking #: 0053806832


